NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3004

---

Petition for review of the Merit Systems Protection Board in case no. NY3330080346-B-1.

---

## ON MOTION

---

## ORDER

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. Jose W. Linares-Rosado opposes and submits replies. The Postal Service replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT


__JAN 2 1 2011__                                    /s/ Jan Horbaly
Date                                                Jan Horbaly
                                                    Clerk


cc: Jose W. Linares-Rosado
    Katy M. Bartelma, Esq.
    Stephanie Conley, Esq.                          **FILED**
                                                    U.S. COURT OF APPEALS FOR
s20                                                    THE FEDERAL CIRCUIT

                                                    JAN 2 1 2011


                                                    JAN HORBALY
                                                    CLERK